JOHN W. HUBER, United States Attorney (#7226)
BRANDON B. MILES, Assistant United States Attorney (#9777)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-cr-80 |
| Plaintiff, | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | |
| BREANNE JANETTE WELLS, | Judge Cecilia M. Romero |
| Defendant. | United States Magistrate Judge |

The United States Attorney for the District of Utah respectfully shows this Honorable Court that the above named defendant, BREANNE JANETTE WELLS, now being confined in the Weber County Jail, under the authority of the State of Utah, is to appear in United States District Court for the District of Utah before the Honorable Cecilia M. Romero, on Tuesday, September 22, 2020, at 10:30 a.m., on three counts of violating Title 21 U.S.C. § 841(a)(1) by possessing, with intent to distribute,

methamphetamine, heroin, and cocaine, and it is necessary that the defendant be present in person on said date, during proceedings, appearances, and final disposition of the case;

NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal, for the District of Utah, requiring that a Marshal to serve said Writ on the Warden, or Superintendent, or custodian of any place or institution where the said defendant is confined, and requiring said Marshal or agent to produce said defendant before the Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to hold the defendant at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return the defendant to the institution wherein now confined.

DATED this 18th day of September 2020.

JOHN W. HUBER
United States Attorney

*/s/ Jennifer E. Gully*_____
JENNIFER E. GULLY
Assistant United States Attorney