IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>BREANNE JANETTE WELLS,<br><br>                  Defendant. | Case No.  1:20-cr-80-RJS<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br><br>Judge Cecilia M. Romero<br>United States Magistrate Judge |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY AGENT OF UNIFIED POLICE DEPARTMENT AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S:

We command you that you bring the body of BREANNE JANETTE WELLS, now being in the Weber County Jail, under the authority of the State of Utah, to appear in United States District Court for the District of Utah before the Honorable Cecilia M. Romero, on September 22, 2020, at 10:30 a.m., of said day, and from day to day thereafter, for purposes of arraignment on the charges pending against the defendant in the said United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as

an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

    DATED this _____ day of September, 2020.

                                                    _____
                                                   Cecilia M. Romero
                                                   United States Magistrate Court Judge